IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BILLY RICHARD MARTS, II                                                                    PLAINTIFF

v.                          Case No. 2:13-CV-02074

LARRY NORRIS, Director
Arkansas Department of Corrections                                                DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 19th day of September, 2013.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE